■ MICHELLE M. ELLSWORTH et al., Appellants, v M.C. DEREK CHAN, Respondent. (Appeal No. 2.) [707 NYS2d 745] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Wayne County, Sirkin, J.—Set

Aside Verdict.) Present—Pine, J. P., Wisner, Hurlbutt, Balio and Lawton, JJ.